# United States District Court

**EASTERN** DISTRICT OF **VIRGINIA**

FEB - 9

UNITED STATES OF AMERICA

v.

**DUSTIN MILAN**

CRIMINAL COMPLAINT

CASE NUMBER: **1:09mj112**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **AUGUST 15, 2008** in the **Eastern** District of **Virginia** ___defendant(s) did, (Track Statutory Language of Offense)

knowingly execute and attempt to execute a scheme and artifice to defraud a financial institution, and obtain moneys, funds, credits, assets, securities, and other property owned by, and under the custody or control of, a financial institution by means of false and fraudulent pretenses, representations, and promises,

in violation of Title **18** United States Code, Section(s) **1344**.

I further state that I am a(n) **Agent** and that this complaint is based on the following facts:
(Official Title)

**SEE ATTACHED AFFIDAVIT**

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

**AUSA- ANDRESON**

Sworn to before me and subscribed in my presence,

2/9/09 at **Alexandria, Virginia**

Date — City and State

THOMAS RAWLES JONES, JR.
U.S. MAGISTRATE JUDGE
Name & Title of Judicial Officer — EASTERN DISTRICT OF VIRGINIA

Signature of Complainant
**SPENCER BROOKS**
**FBI Special Agent**

/s/Thomas Hawles Jones, Jr.

Signature of Judicial Officer